# EXHIBIT 3

# Higbee & Associates
A NATIONAL LAW FIRM

May 09, 2019

**SENT VIA FIRST-CLASS MAIL**

Re: RM Media, Ltd. - v. Lisa Coppola d/b/a coppola-firm.com - Our Case No. 529229

Dear Sir or Madam:

Higbee & Associates has been retained to represent RM Media, Ltd. in regards to 529229 copyright infringement under Title 17 of the United States Code.

Lisa Coppola d/b/a coppola-firm.com engaged in copyright infringement when it posted our client's copyrighted image on its website without a valid licensing agreement. We have attempted to settle this matter to no avail. Please see the enclosed Complaint and Exhibits for further information.

Our client is entitled to recover Statutory damages of up to $150,000 for each infringement and may also recover **attorney fees and court costs**. See 17 U.S.C. §§ 504 & 505.

In an effort to keep costs down, our client is willing to accept a firm settlement of $9,200 to resolve this matter amicably and avoid litigation. This offer will be open for fifteen (15) days from the date of this letter, after which our client has instructed us to file the enclosed Complaint and seek damages to the full extent of the law.

If you have questions you may contact us at (657) 229-6215 or (800) 716-1245.

Sincerely,

*Mathew K Higbee*

Mathew K. Higbee
Attorney at Law
infringements@higbeeassociates.com

Enclosure(s)

Claim number: 529229

Mathew K. Higbee (SBN #241380)
mhigbee@higbeeassociates.com
LAW FIRM OF HIGBEE & ASSOCIATES
1504 Brookhollow Suite 112
Santa Ana, CA 92705
714-617-8350
714-597-6729 facsimile
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK
## DIVISION OF BUFFALO

| | |
|---|---|
| RM Media, Ltd. | CASE NO |
| Plaintiff, | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| v: | DEMAND FOR JURY TRIAL |
| Lisa Coppola d/b/a coppola-firm.com | |
| Defendant. | |

Plaintiff, RM Media, Ltd., for their Complaint against Lisa Coppola d/b/a coppola-firm.com, Defendant, alleges as follows:

### INTRODUCTION

1. RM Media, Ltd. (hereinafter "Plaintiff"), by Plaintiff's attorneys, brings this action to challenge the actions of Lisa Coppola d/b/a coppola-firm.com (hereinafter "Defendant"), with regard to the unlawful use of a copyrighted image (hereinafter "Image") owned by Plaintiff, and this conduct caused Plaintiff damages.

2. For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendant(s) named in this caption.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, whereby the Defendant violated Plaintiff's exclusive rights as copyright owner pursuant to 17 U.S.C. § 106.

4. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

5. This Court has personal jurisdiction over Defendant because Defendant is a business entity incorporated in the State of New York Defendant's acts of infringement complained of herein occurred in the State of New York, and Defendant has caused injury to Plaintiff in his intellectual property within the State of New York.

6. Venue is proper pursuant to 28 U.S.C. § 1391(b) because the Defendant resides in this judicial district and a substantial part of the events giving rise to Plaintiff's claim occurred in this judicial district. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant committed the acts of infringement and has a regular and established place of business in this judicial district.

## PARTIES

7. Plaintiff is a natural person and is a professional photographer by trade.

8. Plaintiff is a "copyright owner" who holds "exclusive rights" to the "copyrighted work[s]" pursuant to 17 U.S.C. §§ 101 and 106.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a business entity operating in the City of Amherst, in the State of New York, and conducted business within the City of Amherst, in the State of New York.

10. Plaintiff is informed and believes, and thereon alleges, that Defendant unlawfully published Plaintiff's copyrighted works without Plaintiff's express or implied authority, by the method of a license.

## FACTUAL ALLEGATIONS

11. Plaintiff is informed and believes, and thereon alleges, that at all times relevant, Defendant was a business entity residing within the State of New York.

12. Plaintiff is a well-known professional photographer. They sell or license their photographs to people and companies seeking to make use of the

photographs for advertisements and pecuniary gain. Plaintiff's livelihood is dependent on receiving compensation for the photographs they produce.

13. Plaintiff took the original image, see Original Image(s) attached hereto as Exhibit A.

14. Plaintiff has ownership rights and copyrights to the Image(s).

15. Plaintiff has registered the Image(s) with the United States Copyright Office under registration number(s) VAu 1-306-491, VAu 1-306-497, VAu 1-301-124, VAu 1-279-012, Vau 1-248-878, see Registration Certificate(s) attached hereto as Exhibit B.

16. Plaintiff did not consent to authorize, permit, or allow in any manner the use of the Image by Defendant.

17. Plaintiff is informed and believes that Defendant used Plaintiff's copyrighted works without their permission and that it published, communicated, benefited through, posted, publicized and otherwise held out to the public, the original and unique work of Plaintiff without Plaintiff's consent or authority.

18. Plaintiff is informed and believes that Defendant used the Image on Defendant's website from April 18, 2018 to March 7, 2019, see Screenshots of Defendant's use attached hereto as Exhibit C.

19. Defendant uses the Image to promote the Defendant's website.

20. Plaintiff did not consent to the use of their Image.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### Title 17 of the United States Code

21. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

22. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original materials and/or work.

23. Plaintiff is informed and believes and thereon alleges that said Defendant breached Title 17 of the U.S. Code in that it published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique work of the Plaintiff's consent or authority and acquired monetary gain and market benefit as a result.

24. As a result of each and every Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b) or statutory damages in an amount up to $150,000.00 if willful or up to $30,000.00 if unintentional pursuant to 17 U.S.C. § 504.

25. As a result of the Defendant's violations of Title 17 of the U.S. code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C §505 from Defendant.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays that judgment be entered against Defendant
- Awarding statutory damages pursuant to 17 U.S.C. § 504(c) or actual damages pursuant to (504)(b).
- Awarding costs of litigation and reasonable attorney's fees, pursuant to 17 U.S.C. § 505;
- Enjoining the Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502(a); and
- Providing such other and further relief the Court deems just and proper under the circumstances.

**Dated:** _____

Respectfully submitted,

/s/ Mathew K. Higbee
Mathew K. Higbee, Esq.
(Pro Hac Vice Pending)
HIGBEE & ASSOCIATES
1504 Brookhollow Dr, Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
FAX (714) 597-6729
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, RM Media, Ltd., hereby demands a trial by jury in the above matter.

**Dated: _____**

                        Respectfully submitted,

                        /s/ Mathew K. Higbee
                        Mathew K. Higbee, Esq.
                        (Pro Hac Vice Pending)
                        HIGBEE & ASSOCIATES
                        1504 Brookhollow Dr, Ste 112
                        Santa Ana, CA 92705-5418
                        (714) 617-8350
                        FAX (714) 597-6729
                        *Attorney for Plaintiff*