Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

LISA COPPOLA LLC　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**
d/b/a The Coppola Firm　　　　　　　　　　CASE NUMBER: 19-cv-678

　　　　v.

HIGBEE, et al.,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Higbee Defendants' Motion to Dismiss is Granted pursuant to the Opinion and Order filed on March 10, 2020 and that the case is dismissed as to Nicholas Youngson and RM Media, Ltd. pursuant to the Stipulation and Order filed on March 30, 2020.

Date: April 14, 2020　　　　　　　　　　　　MARY C. LOEWENGUTH
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　　　　　By: s/Suzanne Grunzweig
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk